IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| **DARLENE WHALEY** | : | |
| | : | |
| PLAINTIFF | : | Civil Action No. 1:15CV-00108-GNS |
| v. | : | JUDGE GREG N. STIVERS |
| | : | |
| **KDU ZOO, LLC** | : | |
| | : | |
| DEFENDANT | : | |
| | : | |

### ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal With Prejudice (DN 20); **IT IS ORDERED** that this action is DISMISSED from the Court's docket.

Greg N. Stivers, Judge
United States District Court

June 30, 2016

cc: Counsel of Record